# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-0872-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |
| v. | |
| LAUREN NICOLE VALENZUELA (3), aka "Huera," | |
| Defendant. | |

Upon consideration of the parties' Joint Motion to Withdraw Guilty Plea (Dkt. 468) and good cause appearing, the Court finds that the parties have established under Fed. R. Crim. P. 11(d)(2)(b), "a fair and just reason for requesting the withdrawal," including intervening circumstances and other reasons set forth in the Joint Motion that did not exist when defendant entered her plea. *See United States v. Davis*, 428 F.3d 802, 805 (9th Cir. 2005).

**IT IS HEREBY ORDERED** that the Joint Motion to Withdraw Guilty Plea filed at Dkt. 468 (as to defendant Lauren Nicole Valenzuela) is **GRANTED**.

IT IS SO ORDERED.

Dated:  November 12, 2020

Hon. Janis L. Sammartino
United States District Judge